**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7681**

_____

WILLARD TALLEY,

                    Plaintiff - Appellant,

          v.

SHERRY WILSON, R.N.; JAMES C. WILLETT, Superintendent;
SERGEANT SCKINTO; MAJOR M.A. BENNETT, Deputy Superintendent;
DR. SHEETS,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (1:06-cv-01410-LMB)

_____

Submitted: March 26, 2008          Decided: April 21, 2008

_____

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Willard Talley, Appellant Pro Se. Jeff W. Rosen, PENDER & COWARD,
PC, Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willard Talley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Talley v. Wilson, No. 1:06-cv-01410-LMB (E.D. Va., filed Oct. 17, 2007 & entered Oct. 19, 2007). We deny Talley's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED